Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [178 Misc. 576.]

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Shore Road Extension from Dyker Beach Park to Bensonhurst Park, etc., and for the Widening of Bay Parkway on Its Easterly Side from Cropsey Avenue to Bayview Place, in the Borough of Brooklyn, City of New York. HENRY HENJES, INC., Appellant; THE CITY OF NEW YORK, Respondent.— Proceeding to condemn real property. Second partial and separate final decree unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CORBETT, Also Known as JAMES COLLINS and WILLIAM CRAWFORD, Appellant. — Judgment of the County Court of Richmond County dated February 27, 1942, convicting the defendant of the crimes of robbery in the first degree, grand larceny in the first degree, and violation of section 1897 of the Penal Law (carrying and use of dangerous weapon), unanimously affirmed. Appeal from original judgment of conviction of December 5, 1941, dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [See post, p. 789.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MORRISON, Appellant.— Judgment of the County Court of Richmond County dated February 27, 1942, convicting the defendant of the crimes of robbery in the first degree, grand larceny in the first degree, and violation of section 1897 of the Penal Law (carrying and use of dangerous weapon), unanimously affirmed. Appeal from original judgment of conviction of December 5, 1941, dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [See post, p. 789.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SOLOMON, Appellant.— Appeal by the defendant from a judgment of the County Court of Kings County convicting him of the crime of abortion. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

EDWIN G. RAMSDELL and Others, Respondents, v. RAYMOND T. BARTNETT, Defendant, and IMOGENE WALTER, Appellant.— In an action by four physicians to recover the reasonable value of services rendered to appellant Walter, an order was made granting plaintiffs' motion for summary judgment against her and directing a severance of the action against defendant Bartnett and judgment was entered thereon. Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

SCHULTE REAL ESTATE COMPANY, INC., Respondent, v. POMPERAUG REALTY CORP., Appellant, and Another, Defendant.— Action to foreclose a mortgage on real property. Resettled order dated April 9, 1942, granting plaintiff's motion to strike out appellant's amended answer, and referring the matter to a referee, affirmed, with ten dollars costs and disbursements. No opinion. Appeal from original order, dated April 2, 1942, dismissed, without costs. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

A. REGINALD VON KELLER, Respondent, v. ROBERT P. KOEHLER, Appellant, and Another, Defendant.— Order denying the appellant's motion to dismiss the